WILLIAM H. HUSSEY, Respondent, *v.* WEEKS W. CULVER et al., Appellants.

(Argued December 11, 1891; decided December 23, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order

made March 14, 1890, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*D. Edgar Anthony* for appellants.

*George C. Lay* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.